# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Thomas v. Nassau County Police Departmen | USCA DOCKET NUMBER:<br>21-1400 | COUNSEL'S NAME:<br>Nina Mikhaylovna Kovalenko |
| | DISTRICT/AGENCY:<br>E.D.N.Y. | COUNSEL'S ADDRESS:<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| | DISTRICT/AGENCY NUMBER:<br>2:12-cv-04343-AYS | DATE:<br>4/18/2022 |

Counsel for Steven B. Thomas

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

Defendant-Appellant John Wellenreuther

and in favor of

Plaintiff-Appellee Steven B. Thomas

for insertion in the mandate.

Docketing Fee                                                                                              -

Costs of printing appendix (necessary copies ___6___ )         $97.80

Costs of printing brief (necessary copies ___6___ )              $225.20

Costs of printing reply brief (necessary copies ___-___ )          -

(VERIFICATION HERE)

PATRICIA A. HART
Notary Public, State of New York
No. 01HA6206531
Qualified in Richmond County
Certificate filed in New York County
Commission Expires May 18, 2025

_Nina Kovalenko_
Signature

Rev. April, 2011

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

STEVEN B. THOMAS,

    Plaintiff-Appellee

v.

JOHN WELLENREUTHER,

    Defendant-Appellant.

No. 21-1400

## **DECLARATION OF NINA KOVALENKO**

Nina Kovalenko declares as follows:

1. I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Plaintiff-Appellee Steven B. Thomas. On behalf of Plaintiff-Appellee Mr. Thomas, I respectfully submit this declaration in support of Mr. Thomas's Verified Itemized Bill of Costs.

2. This declaration is based on my personal knowledge or on information that I believe is true based on my discussions with other members of my firm, records of my firm, and records of the firm's printing vendor, Counsel Press, Inc.

3. The paper copies of Mr. Thomas's Brief and Supplemental Appendix were prepared by Counsel Press. Counsel Press's printer's bill is attached as Exhibit A.

1

4. To prepare the Verified Itemized Bill of Costs, I consulted Counsel Press's printer's bill and the United States Court of Appeals for the Second Circuit Fee Schedule.

5. On December 14, 2021, Mr. Thomas filed six paper copies of the Brief for Plaintiff-Appellee with the United States Court of Appeals for the Second Circuit, as required by Local Rule 31.1. The Brief was 71 pages long, including a cover, table of contents, table of authorities, and certificate of compliance with typeface and word-count limitations. The cost of creating the Briefs included $1.025 to reproduce each page and $140 for the covers and bindings. The cost per Brief was $96.11, and the total cost for printing the necessary six copies was $576.65. Under the Fee Schedule, Mr. Thomas may tax costs for the creation of the Briefs at $0.20 to reproduce each page, $125.00 for the cover, and $5.00 per copy for binding. Accordingly, Mr. Thomas may tax costs of $85.20 for reproduction of the six Briefs and $140 for the covers and bindings, for a total cost of $225.20 for printing the necessary six copies.

6. Also on December 14, 2021, Mr. Thomas filed six paper copies of the Supplemental Appendix with the Court of Appeals, as permitted under Local Rule 30.1(g). The Supplemental Appendix was 19 pages long. The cost of creating the Supplemental Appendix included $0.437 to reproduce each page and $75 for the covers and bindings. The cost per Supplemental Appendix was $20.80, and the total

cost for printing the necessary six copies was $124.82. Under the Fee Schedule, Mr. Thomas may tax costs of $22.80 for reproduction of the six Supplemental Appendices and $75 for the covers and bindings, for a total cost of $97.80 for printing the necessary six copies.

7. The total cost for printing the Briefs and Supplemental Appendices was $701.47. Under the Fee Schedule, Mr. Thomas may tax costs of $323. Mr. Thomas does not seek costs for postage, delivery, service, overtime, or edits.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2022
New York, New York

By: _Nina Kovalenko_

Nina Kovalenko

PATRICIA A. HART
Notary Public, State of New York
No. 01HA6206531
Qualified in Richmond County
Certificate filed in New York County
Commission Expires May 18, 20__

3

# Exhibit A

Counsel Press Inc.  
PO Box 65019  
Baltimore, MD  21264-5019

Fed. Tax ID:  47-3380949

---

**BILL OF COSTS**

| | | | |
|---|---|---|---|
| **CLIENT:** | Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY  10019 | **RE:**<br>**INVOICE:**<br>**COURT:** | Thomas v. Nassau County Police Dept.<br>9131532<br>USCOA - 2nd Circuit |
| **ATTN:** | Jessica B. Fuhrman, Esq. | | |

**APPELLEE'S SUPPLEMENTAL APPENDIX**

| | Copies | Units | | Price | | Extension |
|---|---|---|---|---|---|---|
| Cover(s) - Includes Binding | | 1 | @ | $ 75.00 | $ | 75.00 |
| Reproduction | 9 | 19 | @ | $ 0.437 | $ | 74.70 |
| Filing of Documents | | 1 | @ | $ 80.00 | $ | 80.00 |
| Shipping & Handling | | 1 | @ | $ 83.00 | $ | 83.00 |

**APPELLEE'S BRIEF**

| | | | | | | |
|---|---|---|---|---|---|---|
| Cover(s) - Includes Binding | | 1 | @ | $ 140.00 | $ | 140.00 |
| Reproduction | 9 | 71 | @ | $ 1.025 | $ | 655.00 |
| Electronic File Production & Review | | 1 | @ | $ 75.00 | $ | 75.00 |
| Electronic Filing | | 1 | @ | $ 50.00 | $ | 50.00 |

| | | |
|---|---|---|
| **SUB-TOTAL:** | | $ 1,232.70 |
| **APPLICABLE SALES TAX:** | 8.875% | $ 109.40 |
| **INVOICE TOTAL:** | | $ 1,342.10 |
| **PAYMENT RECEIVED** | | $ (1,342.10) |
| **BALANCE DUE** | | $ (0.00) |